United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**MDFL NO. 3:24-mj-1539-PDB**
**EDPA NO. 2:21-cr-417**

**JOSEPH WHITAKER, JR.,**

*Defendant.*

## Clerk's Minutes

| Proceeding | Initial Appearance on Petition Alleging Probation Violations out of the E.D. Penn. |
|---|---|
| Date | December 2, 2024 |
| Time | 4:21–39 p.m. |
| Judge | Patricia Barksdale, U.S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for United States | Brenna Falzetta, Assistant U.S. Attorney |
| Counsel for Defendant | Scott Schmidt, Assistant Federal Defender |
| Probation Officer | Molly Crawford |
| Filed in Open Court | Waiver of Various Rule 32 Rights |
| Digital/Reporter | Digital |

Judge Barksdale asked Mr. Schmidt to appear for possible appointment.

Mr. Whitaker was arrested on December 2, 2024, in the Middle District of Florida on a warrant based on a petition from the United States Probation Office out of the Eastern District of Pennsylvania.

Judge Barksdale advised Mr. Whitaker of his right to remain silent.

Judge Barksdale asked Mr. Whitaker questions to assess competency.

Judge Barksdale advised Mr. Whitaker of his rights, including his right to counsel and his right to self-representation. He requested court-appointed

counsel. Ms. Loeschen placed him under oath, and Judge Barksdale questioned him about his financial condition. Based on his responses, Judge Barksdale found he is unable to afford counsel and appointed the lawyers with the Federal Defender's Office to represent him in this case while in this district. A written order will follow.

Judge Barksdale advised Mr. Whitaker of the alleged violations.

Ms. Falzetta summarized the possible penalties.

Ms. Falzetta moved for Mr. Whitaker's detention.

Mr. Schmidt stated that Mr. Whitaker wants to waive his right to hearings in this district, reserving the right to have the detention and preliminary hearings held in the Eastern District of Pennsylvania.

Judge Barksdale advised Mr. Whitaker of his rights to detention, preliminary, and identity hearings and to production of the warrant, and, after questioning him about the waivers, found he made them knowingly, freely, intelligently, and voluntarily. Messrs. Schmidt and Whitaker filed a written waiver. A written order will follow.

Judge Barksdale remanded Mr. Whitaker to the custody of the Attorney General for transport to the Eastern District of Pennsylvania. A written order will follow.